| UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION | VOLUNTARY PETITION |
|---|---|

| IN RE: (Name of Debtor - If individual, enter Last, First, Middle) | NAME OF JOINT DEBTOR (Spouse) (Last,First, Middle) |
|---|---|
| **NADR, ROBERT J., JR.** | |

| ALL OTHER NAMES used by the debtor in the last 8 years | ALL OTHER NAMES used by the co-debtor in the last 8 years |
|---|---|
| **NONE** | - |

| LAST 4 DIGITS OF SOCIAL SECURITY / TAX I.D. NUMBER | LAST 4 DIGITS OF SOCIAL SECURITY / TAX I.D. NUMBER |
|---|---|
| **2 6 1 4** | |

| STREET ADDRESS OF DEBTOR | STREET ADDRESS OF JOINT DEBTOR |
|---|---|
| **1141 DALTON AVE.**<br>**YORKVILLE, IL 60560** | - |

| County of Residence, etc. | **KENDALL** | County of Residence, etc | - |
|---|---|---|---|

| MAILING ADDRESS OF DEBTOR | MAILING ADDRESS OF JOINT DEBTOR |
|---|---|
| **1141 DALTON AVE.**<br>**YORKVILLE, IL 60560** | - |

**LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (including zip code)**

**N/A**

**TYPE OF DEBTOR**
- ☑ INDIVIDUAL(S)
- ☐ CORPORATION (LLC or LLP)
- ☐ PARTNERSHIP
- ☐ OTHER_____

**NATURE OF BUSINESS**
- ☐ HEALTH CARE BUSINESS
- ☐ SINGLE ASSET REAL ESTATE
- ☐ RAILROAD
- ☐ STOCKBROKER
- ☐ COMMODITY BROKER
- ☐ CLEARING BANK
- ☐ OTHER_____

**CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED**
- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Recognition of Foreign Main Proceeding
- ☐ Chapter 15 Recognition of Foreign Nonmain Proceeding

**NATURE OF DEBTS**
- ☑ DEBTS ARE PRIMARILY CONSUMER DEBTS
- ☐ DEBTS ARE PRIMARILY BUSINESS DEBTS

**FILING FEE    (Check one box)**
- ☑ Full Filing fee attached
- ☐ Filing fee to be paid in Installments
- ☐ Filing fee waiver requested

**CHAPTER 11 SMALL BUSINESS**

Check one Box
- ☐ Debtor is a small business as defined in 11 USC § 101
- ☐ Debtor is not a small business as defined in 11 USC § 101

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts are less than $2,190,000.

Check all applicable boxes:
- ☐ A Plan is being filed with this petition
- ☐ Acceptances of the plan were solicited in accordance with 11USC§1126(b)

---

**STATISTICAL / ADMINISTRATIVE INFORMATION    (Estimates only)**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE FOR COURT USE ONLY**

| ESTIMATED NUMBER OF CREDITORS | 1-15 ☑ | 16-49 ☐ | 50-99 ☐ | 100-199 ☐ | 200-999 ☐ | 1000-over ☐ |
|---|---|---|---|---|---|---|

| ESTIMATED ASSETS (in thousands of dollars) | Under 50 ☐ | 50-99 ☐ | 100-499 ☑ | 500-999 ☐ | 1000-9999 ☐ | 1,000-99,000 ☐ | 100,000-over ☐ |
|---|---|---|---|---|---|---|---|

| ESTIMATED DEBTS (in thousands of dollars) | Under 50 ☐ | 50-99 ☐ | 100-499 ☐ | 500-999 ☐ | 1000-9999 ☐ | 1,000-99,000 ☐ | 100,000-over ☐ |
|---|---|---|---|---|---|---|---|

*Consumer Schedules , Version 8.0,  Copyright © John S. Biallas, 1991-2008, All Rights Reserved.*

| Voluntary   Petition<br>(This page must be completed and filed in every case.) | NAME OF<br>DEBTOR/s: | NADR, ROBERT J., JR. |
|---|---|---|

### PRIOR BANKRUPTCY CASE  FILED WITHIN THE LAST 8 YEARS ( If more than one attach additional sheet.)

| Location where filed: | | Case Number: | | Date Filed: |
|---|---|---|---|---|
| N/A | | | N/A | N/A |

### PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR

| Name of Debtor: | | Case Number: | | Date Filed: |
|---|---|---|---|---|
| N/A | | | N/A | N/A |
| District: | | Relationship: | | Judge: |
| N/A | | | N/A | N/A |

| Exhibit  A | Exhibit  B |
|---|---|
| **(To be completed if Debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)**<br><br>☐ **Exhibit A is attached and made part of this petition.** | I, the Attorney for the Debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he,she or they) may proceed under Chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under such chapter.<br><br>**/s/  John S. Biallas**        **11/12/08**<br>Signature of Attorney for Debtors        Date |

### Exhibit   C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?

☐  **Yes, and Exhibit C is attached and made a part of this petition**          ■  No.

### Exhibit   D

( To be completed by every individual debtor.  If a joint petition is filed, each spouse must comlete and attach a separate Exhibit D.)

■    Exhibit D completed and signed by the debtor is attached and made a part of this petition.

☐    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information  Regarding  the  Debtor  -  Venue
(Check any applicable box.)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification  by  a  Debtor  Who  Resides  as  a  Tenant  of  Residential  Property
(Check all applicable boxes.)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

(Name of landlord that obtained judgment)    _____

(Address of landlord)    _____

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

*Consumer Schedules , Version 8.0,  Copyright © John S. Biallas, 1991-2008, All Rights Reserved.*

| **Voluntary Petition**<br>(This page must be completed and filed in every case.) | NAME OF DEBTOR(S): | NADR, ROBERT J., JR. |
|---|---|---|

## SIGNATURES

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**/s/    ROBERT J. NADR, JR.**

Signature of Debtor

**/s/**

Signature of Joint Debtor

Telephone number (If not represented by attorney)

**11/12/08**

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney

**/s/ John S. Biallas**

Signature of Attorney for Debtors

**John S. Biallas**

Printed Name of Attorney for Debtors

Firm Name

**3N918 Sunrise Lane**

Address

**Saint Charles, Illinois 60174**

**630-513-7878**

Telephone Number

**11/12/08**

Date

### Signature of Non-Attorney
### Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address _____

_____

X _____

Date _____

### Signature of Debtor
### (Corporation/ Partnership)

**/s/**

Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

**11/12/08**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

*Consumer Schedules , Version 8.0,  Copyright © John S. Biallas, 1991-2008, All Rights Reserved.*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days before the filing of my bankruptcy case, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days before the filing of my bankruptcy case, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]*

_____.

If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: _____ ROBERT J. NADR, JR. _____

Date: _____ 11/12/08 _____

*Consumer Schedules , Version 8.0, Copyright © John S. Biallas, 1991-2008, All Rights Reserved.*

Certificate Number: _____

# CERTIFICATE OF COUNSELING

I CERTIFY that on _____, at _____ o'clock _____,

_____ received from

_____,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

_____, an  individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan _____.  If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted _____.

Date: _____         By      _____

Name   _____

Title    _____

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency.  *See* 11 U.S.C. §§ 109(h) and 521(b).

# THE UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| SUMMARY OF SCHEDULES | | | | | |
|---|---|---|---|---|---|
| **NAME OF SCHEDULE** | **ATTACHED YES/NO** | **NO. OF SHEETS** | **ASSETS** | **LIABILITIES** | **OTHER** |
| **A-Real property** | YES | 2 | $615,000.00 | | |
| **B-Personal Property** | YES | 3 | $168,758.00 | | |
| **C-Property Claimed as Exempt** | YES | 1 | | | |
| **D-Creditor Holding Secured Claims** | YES | 2 | | $763,392.00 | |
| **E-Creditors Holding Unsecured Priority Claims** | | | | $0.00 | |
| **F-Creditors Holding Unsecured Nonpriority claims** | YES | 3 | | $136,067.39 | |
| **G-Executory Contracts and Unexpired Leases** | YES | 2 | | | |
| **H-Codebtors** | | | | | |
| **I-Current Income of Individual Debtor(s)** | YES | 1 | | | $4,132.76 |
| **J-Current Expenditure of Individual Debtor(s)** | | | | | $4,486.27 |
| **Total number of sheets in all Schedules** | | 14 | | | |
| **Total Assets** | | | $783,758.00 | | |
| **Total Liabilities** | | | | $899,459.39 | |

*Consumer Schedules , Version 8.0, Copyright © John S. Biallas, 1991-2008, All Rights Reserved.*

☐ THE DEBTOR HAS NO REAL PROPERTY TO REPORT ON SCHEDULE A

| SCHEDULE A - REAL PROPERTY | | | | |
|---|---|---|---|---|
| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | DEBTOR or SPOUSE or JOINT | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
| CONDOMINIUM TOWNHOME 1141 DALTON AVE. YORKVILLE, IL 60560 | FEE SIMPLE | J | $195,000.00 | $212,393.00 |
| 4 OXFORD DRIVE CLARENDON HILL, IL 60514 | FEE SIMPLE | D | $420,000.00 | $374,600.00 |
| | | | | |
| | | | | |
| | | | | |
| TOTAL MARKET VALUE OF DEBTOR'S REALTY | | | | $615,000.00 |

*Consumer Schedules , Version 8.0, Copyright © John S. Biallas, 1991-2008, All Rights Reserved.*

## SCHEDULE B - PERSONAL PROPERTY (PAGE 1)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **PERSON OF DEBTOR** | - | $100.00 |
| 2. Checking, savings or other financial accounts, or other deposits. | | **CHECKING, SAVINGS AND MONEY MARKET ACCOUNTS** | - | $608.00 |
| 3. Security deposits with public utilities, landlords and others. | ☓ | | - | $0.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | **1/2 INTEREST IN 7 ROOMS OF FURNITURE AND MISC. HOUSEHOLD GOODS** | - | $1,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectables | ☓ | | - | $0.00 |
| 6. Wearing apparel. | | **CLOTHING OF AN ADULT MALE** | - | $0.00 |
| 7. Furs and jewelry. | | **WEDDING RING, WATCH** | - | $250.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | ☓ | | - | $0.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | ☓ | | - | $0.00 |
| 10. Annunities. Itemize and and name each issuer | ☓ | | - | $0.00 |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize | ☓ | | - | $0.00 |
| | | SUBTOTAL OF MARKET VALUES SCHEDULE B PAGE 1 | | $2,458.00 |

*Consumer Schedules , Version 8.0, Copyright © John S. Biallas, 1991-2008, All Rights Reserved.*

## SCHEDULE B - PERSONAL PROPERTY (PAGE 2)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| **12.** Stock, and interests in incorporated and unincorporated businesses. Itemize | | **UNINCORPORATED BUSINESS, "NADR POS" NO NET VALUE.** | - | **$0.00** |
| **13.** Interests in partnerships or joint ventures. Itemize. | × | | - | **$0.00** |
| **14.** Government and corporate bonds | × | | - | **$0.00** |
| **15.** Accounts Receivable | × | | - | **$0.00** |
| **16.** Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | × | | - | **$0.00** |
| **17.** Other liquidated debts owing debtor. Include Tax refunds. Give particulars. | × | | - | **$0.00** |
| **18.** Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A. | × | | - | **$0.00** |
| **19.** Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | × | | - | **$0.00** |
| **20.** Other contingent and unliquidated claims of every nature, including tax refunds, counter-claims of the debtor, and rights to setoff claims. | | **CAUSE OF ACTION AGAINST NATIONAL CITY BANK AND TWO INDIVIDUALS FOR COLLUSION IN IDENTITY THEFT AND FRAUD** | - | **$150,000.00** |
| **21.** Patents, copyrights and other intellectual property. Give particulars | × | | - | **$0.00** |
| **22.** Licenses, franchises, and other general intangibles. Give particulars | × | | - | **$0.00** |
| | | **SUBTOTAL OF MARKET VALUES SCHEDULE B PAGE 2** | | **$150,000.00** |

*Consumer Schedules , Version 8.0, Copyright © John S. Biallas, 1991-2008, All Rights Reserved.*

## SCHEDULE B - PERSONAL PROPERTY (PAGE 3)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Automobile, trucks, trailers, and other vehicles | | 1998 FORD EXPLORER ($1800) 2006 HARLY DAVIDSON STREET GLIDE ($12,000) | - | $13,800.00 |
| 24. Boats, motors, and accessories. | × | | - | $0.00 |
| 25. Aircraft and accessories | × | | - | $0.00 |
| 26. Office equipment, furnishings, and supplies | × | | - | $0.00 |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | MISC. INSTALLER'S HAND AND POWER TOOLS | - | $2,500.00 |
| 28. Inventory. | × | | - | $0.00 |
| 29. Animals. | × | | - | $0.00 |
| 30. Crops - growing or harvested give particulars. | × | | - | $0.00 |
| 31. Farming equipment and implements. | × | | - | $0.00 |
| 32. Farm supplies, chemicals, and feed. | × | | - | $0.00 |
| 33. Other personal Property of any kind not already listed. Itemize. | × | | - | $0.00 |
| | | SUBTOTAL OF MARKET VALUES SCHEDULE B PAGE 3 | | $16,300.00 |
| | | TOTAL MARKET VALUE OF DEBTOR'S PERSONAL PROPERTY | | $168,758.00 |

*Consumer Schedules , Version 8.0, Copyright © John S. Biallas, 1991-2008, All Rights Reserved.*

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

☐ **11 U.S.C. § 522 (B) (1) EXEMPTIONS ARE CLAIMED.**
(EXEMPTIONS UNDER FEDERAL BANKRUPTCY CODE)

☒ **11 U.S.C. § 522 (B) (2) EXEMPTIONS ARE CLAIMED.**
(EXEMPTIONS UNDER THE LAW OF THE STATE OF ILLINOIS Ch 765 § 12-1001 ET S

| | Type of Exemption ; Applicable Statute granting Exemption; | Exempt Amount | $ MarketValue |
|---|---|---|---|

### Debtor:

| | Type of Exemption | Exempt Amount | $ MarketValue |
|---|---|---|---|
| ☒ | Real Estate / Homestead; Ill. Code of Civil Pro. §12-901 ; | $15,000 | $195,000.00 |
| ☒ | Necessary Clothing; Ill. Code of Civil Pro. §12-1001(a); | All | $0.00 |
| ☒ | Personal Property; Ill. Code of Civil Pro. §12-1001(b); | $4,000 | $2,500.00 |
| ☒ | One Motor Vehicle ; Ill. Code of Civil Pro. §12-1001(c); | $2,400 | $1,800.00 |
| ☒ | Tools of the Trade ; Ill. Code of Civil Pro. §12-1001(d) ; | $1,500 | $2,500.00 |
| ☐ | Health aids ; Ill. Code of Civil Pro. §12-1001(e); | All | |
| ☐ | Ins. Proceeds & Benefits; Ill. Code of Civil Pro. §12-1001(f); | All | |
| ☐ | Government Benefits ; Ill. Code of Civil Pro. §12-1001(g); | All | |
| ☐ | Tort claims / Recoveries; Ill. Code of Civil Pro. §12-1001(h); | $15,000 | $150,000.00 |
| ☐ | Retirement ; Ill. Code of Civil Pro. §12-1006(a)-(c); | All | |
| ☐ | Workman's Comp. Claims; Ill. Code of Civil Pro. §12-1001(h) ; | All | |
| ☐ | Other: social security benefits_____ | All | |

### Co-Debtor:

| | Type of Exemption | Exempt Amount | $ MarketValue |
|---|---|---|---|
| ☐ | Real Estate / Homestead; Ill. Code of Civil Pro. §12-901; | $15,000 | |
| ☐ | Necessary Clothing; Ill. Code of Civil Pro. §12-1001(a) ; | All | |
| ☐ | Personal Property; Ill. Code of Civil Pro. §12-1001(b) ; | $4,000 | |
| ☐ | One Motor Vehicle ; Ill. Code of Civil Pro. §12-1001(c); | $2,400 | |
| ☐ | Tools of the Trade ; Ill. Code of Civil Pro. §12-1001(d) ; | $1,500 | |
| ☐ | Health Aids ; Ill. Code of Civil Pro. §12-1001(e); | All | |
| ☐ | Ins. Proceeds & Benefits ; Ill. Code of Civil Pro. §12-1001(f); | All | |
| ☐ | Government Benefits ; Ill. Code of Civil Pro. §12-1001(g) ; | All | |
| ☐ | Tort claim / Recoveries ; Ill. Code of Civil Pro. §12-1001(h); | $15,000 | |
| ☐ | Retirement; Ill. Code of Civil Pro. §12-1006(a)-(c) ; | All | |
| ☐ | Workman's Comp. Claims; Ill. Code of Civil Pro. §12-1001(h) ; | All | |
| ☐ | Other_____ | | |

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S ACCT. #, NAME AND MAILING ADDRESS | CODEBTOR; DATE CLAIM INCURRED; DESCRIPTION: NATURE OF LIEN & OTHER DATA | | | AMOUNT OF CLAIM |
|---|---|---|---|---|
| | | | | UNSECURED PORTION |
| **Wells Fargo Home Mortgage** PO BOX 5296 Carol Stream, Il 60197 | Codebtor ? | NO | Date claim Incurred | **2005** | **$168,644** |
| | Husband,Wife,Joint or Community ? | H | Description of Property | **RESIDENCE OF DEBTOR** | |
| | Contingent, Disputed or Unliquidated ? | | Mkt. Value | **$195,000** | $0 |
| **Wells Fargo Bank, NA** PO BOX 54780 Los Angeles, CA 90054 | Codebtor ? | | Date claim Incurred | **2005** | **$43,749** |
| | Husband,Wife,Joint or Community ? | H | Description of Property | **RESIDENCE OF DEBTOR** | |
| | Contingent, Disputed or Unliquidated ? | | Mkt. Value | **$195,000** | $17,000 |
| **DuPage Credit Union** PO BOX 3930 Naperville, Il 60547 | Codebtor ? | NO | Date claim Incurred | | **$2,500** |
| | Husband,Wife,Joint or Community ? | H | Description of Property | **1998 FORD EXPLORER** | |
| | Contingent, Disputed or Unliquidated ? | | Mkt. Value | **$1,800** | $700 |
| **Countrywide Home Loans** PO BOX 10219 Van Nuys, CA 91410 | Codebtor ? | NO | Date claim Incurred | **2007** | **$374,600** |
| | Husband,Wife,Joint or Community ? | H | Description of Property | **SPEC PROPERTY AT 4 OXFORD AVE. CLARENDON HILLS** | |
| | Contingent, Disputed or Unliquidated ? | | Mkt. Value | **$500,000** | |
| **National City Bank** PO BOX 856176 Louisville, Ky 40285 | Codebtor ? | No | Date claim Incurred | **2007** | **159,963.00** |
| | Husband,Wife,Joint or Community ? | H | Description of Property | **Disputed lien (forgery) on 4 Oxford Ave. Clarendon Hills** | |
| | Contingent, Disputed or Unliquidated ? | D | Mkt. Value | **500,000.00** | |
| **Harley Davidson Credit** 85 Innovation Way Chicago, Il 60682 | Codebtor ? | No | Date claim Incurred | **2005** | **13,936** |
| | Husband,Wife,Joint or Community ? | | Description of Property | **2006 HD Street Glide** | |
| | Contingent, Disputed or Unliquidated ? | | Mkt. Value | **12,025** | |
| | Codebtor ? | No | Date claim Incurred | | |
| | Husband,Wife,Joint or Community ? | | Description of Property | | |
| | Contingent, Disputed or Unliquidated ? | | Mkt. Value | | |
| | Codebtor ? | | Date claim Incurred | | |
| | Husband,Wife,Joint or Community ? | | Description of Property | | |
| | Contingent, Disputed or Unliquidated ? | | Mkt. Value | | |
| | Codebtor ? | No | Date claim Incurred | | |
| | Husband,Wife,Joint or Community ? | | Description of Property | | |
| | Contingent, Disputed or Unliquidated ? | | Mkt. Value | | |

☐ THE DEBTOR HAS NO CREDITORS HOLDING SECURED CLAIMS TO REPORT ON SCHEDULE D

| Total D > | $763,392.00 |
|---|---|

*Consumer Schedules , Version 8.0, Copyright © John S. Biallas, 1991-2008, All Rights Reserved.*

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☒ **THE DEBTOR HAS NO CREDITORS HOLDING UNSECURED PRIORITY CLAIMS TO REPORT ON SCHEDULE E**

### TYPES OF PRIORITY CLAIMS LISTED BELOW, IF

☐ EXTENSIONS OF CREDIT IN AN INVOLUNTARY CASE.

☐ WAGES, SALARIES AND COMMISSIONS

☐ CONTRIBUTIONS TO EMPLOYEE BENEFIT PLANS

☐ CERTAIN FARMERS AND FISHERMEN

☐ DEPOSITS BY INDIVIDUALS

☐ ALIMONY, MAINTENANCE OR SUPPORT

☐ TAXES AND CERTAIN OTHER DEBTS OWED TO GOVERNMENTAL UNITS

☐ COMMITMENTS TO MAINTAIN THE CAPITAL OF AN INSURED DEPOSITORY INSTITUTION

| CREDITOR"S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM INCURRED & CONSIDERATION | | TYPE OF PRIORITY | TOTAL AMOUNT OF CLAIM |
|---|---|---|---|---|
| | CODEBTOR ? AND OTHER DATA | | AMOUNT ENTITLED TO PRIORITY | |
| | Date Incurred and Consideration | | Type of Priority | |
| | Codebtor ? | NO | | |
| | Husband,Wife,Joint or Community ? | Contingent, Disputed or Unliquidated ? | | |
| | Date Incurred and Consideration | | Type of Priority | |
| | Codebtor ? | NO | | |
| | Husband,Wife,Joint or Community ? | Contingent, Disputed or Unliquidated ? | | |
| | Date Incurred and Consideration | | Type of Priority | |
| | Codebtor ? | NO | | |
| | Husband,Wife,Joint or Community ? | Contingent, Disputed or Unliquidated ? | | |
| | Date Incurred and Consideration | | Type of Priority | |
| | Codebtor ? | NO | | |
| | Husband,Wife,Joint or Community ? | Contingent, Disputed or Unliquidated ? | | |
| | Date Incurred and Consideration | | Type of Priority | |
| | Codebtor ? | NO | | |
| | Husband,Wife,Joint or Community ? | Contingent, Disputed or Unliquidated ? | | |
| | | | Total E > | $0.00 |

*Consumer Schedules , Version 8.0, Copyright © John S. Biallas, 1991-2008, All Rights Reserved.*

☐ *THE DEBTOR HAS NO CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS TO REPORT ON SCHEDULE F*

## SCHEDULE F - CREDITORS WITH UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS AND ACCOUNT # | DATE OF CLAIM, CONSIDERATION AND OTHER DATA | | | TOTAL AMOUNT OF CLAIM |
|---|---|---|---|---|
| Sallie Mae<br>PO BOX 9500<br>Wilkes Barre, PA 18773 | *DATE ?*  **1995**<br>*CONSIDERATION*<br>COLLEGE LOAN | | *OTHER DATA*<br><br>· | $9,639.37 |
| ACS<br>PO BOX 78844<br>Phoenix, AZ 85062 | *DATE ?*  **1996**<br>*CONSIDERATION*<br>STUDENT LOAN | | *OTHER DATA*<br><br>· | $18,688.00 |
| Great Lakes<br>PO BOX 3059<br>Milwaukee, WI 53201 | *DATE ?*<br>*CONSIDERATION*<br>STUDENT LOAN | | *OTHER DATA*<br><br>· | $54,914.68 |
| Bank of America<br>PO BOX 17220<br>Baltimore, MD 21297 | *DATE ?*  **2007-2008**<br>*CONSIDERATION*<br>CREDIT CARD DEBT | | *OTHER DATA*<br><br>· | $2,585.97 |
| Bank of America<br>PO BOX 17309<br>Baltimore, MD 21297 | *DATE ?*  **2007-2008**<br>*CONSIDERATION*<br>CREDIT CARD DEBT | | *OTHER DATA*<br><br>· | $19,248.14 |
| Menards<br>PO BOX 17602<br>Baltimore, MD 21297 | *DATE ?*  **2008**<br>*CONSIDERATION*<br>CREDIT CARD DEBT | | *OTHER DATA*<br><br>· | $585.64 |
| Chase Bank<br>PO BOX 15153<br>Wilmington, DE 19886 | *DATE ?*  **2008**<br>*CONSIDERATION*<br>CREDIT CARD DEBT | | *OTHER DATA*<br><br>· | $10,405.59 |
| Robert Nadr, Sr.<br>3308 Prairie Rd<br>Aurora, Il 60505 | *DATE ?*  **2007-2008**<br>*CONSIDERATION*<br>PERSONAL NOTE | | *OTHER DATA*<br><br>· | $20,000.00 |
| | *DATE ?*<br>*CONSIDERATION*<br> | | *OTHER DATA*<br><br>· | |
| | *DATE ?*<br>*CONSIDERATION*<br> | | *OTHER DATA*<br><br>· | |
| | **Subtotal Sch. F Page   1** | | | $136,067.39 |

*Consumer Schedules , Version 8.0,  Copyright © John S. Biallas, 1991-2008, All Rights Reserved.*

## ADDITIONAL SCHEDULE   G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME & ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE & THE NATURE OF DEBTOR'S INTEREST | RESIDENTIAL REAL PROPERTY ? |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

☒ THE DEBTOR HAS NO EXECUTORY CONTRACTS OR UNEXPIRED LEASES TO REPORT ON SCHEDULE  G

## ADDITIONAL SCHEDULE   H -  CODEBTORS

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **ROBERT NADR, SR.**<br>**3308 PRAIRIE RD**<br>**AURORA, IL  60505** | **GREAT LAKES**<br>**PO BOX 3059**<br>**MILWAUKEE, WI  53201** |
| | |
| | |
| | |
| | |

☐ THE DEBTOR HAS NO CODEBTORS TO REPORT ON SCHEDULE  H

*Consumer Schedules , Version 8.0,  Copyright © John S. Biallas, 1991-2008, All Rights Reserved.*

## *SCHEDULES I & J - CURRENT INCOME AND EXPENSES OF INDIVIDUAL DEBTOR(S)*

| *DEBTOR(S) MARITAL STATUS* | Married | | |
|---|---|---|---|

*DEBTOR'S DEPENDANT'S NAMES; AGES & RELATIONSHIPS*

JORDYN K. NADR AGE 15 MONTHS

| *DEBTOR'S OCCUPATION* | *NAME AND ADDRESS OF DEBTOR'S EMPLOYER* | *YEARS EMPLOYED* | *SPOUSE'S OCCUPATION* | *NAME AND ADDRESS OF SPOUSE'S EMPLOYER* | *YEARS EMPLOYED* |
|---|---|---|---|---|---|
| **SELF EMPLOYED INSTALLER** | NADR POS, 1141 DALTON AVE. YORKVILLE, IL | 1.5 | **SOCIAL WORKER** | CENTRAL DUPAGE HOSPITAL WINFIELD, IL | 8 |

☐ Check this box if a joint petition is filed and debtor's spouse maintains a seperate household.  Complete a separate schedule of expenditures labeled "Spouse".

## Income:

| | DEBTOR: | CO-DEBTOR: |
|---|---|---|
| Monthly gross wages, salary, and commissions | $0.00 | $3,800.00 |
| Estimated monthly overtime | $0.00 | $0.00 |
| SUBTOTAL | $0.00 | $3,800.00 |
| <LESS PAYROLL DEDUCTIONS> | | |
| a.  Payroll taxes and social security | $0.00 | $630.24 |
| b.  Insurance | $0.00 | $169.00 |
| c.  Union Dues | $0.00 | $0.00 |
| d.  Other   Dental Ins. & medical bills | $0.00 | $203.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $0.00 | $1,002.24 |
| TOTAL NET MONTHLY TAKE HOME PAY | $0.00 | $2,797.76 |
| Regular income from operation of business, or profession, or farm | $1,335.00 | $0.00 |
| Income from real property | $0.00 | $0.00 |
| Interest and dividends | $0.00 | $0.00 |
| Maintenance or support for a dependent (listed above) | $0.00 | $0.00 |
| Social security or other government assistance (Specify) | $0.00 | $0.00 |
| Pension or retirement income | $0.00 | $0.00 |
| Other monthly income: | | |
| (Specify) | $0.00 | $0.00 |
| SUBTOTAL OF MONTHLY NON-WAGE INCOME | $1,335.00 | $0.00 |
| AVERAGE MONTHLY INCOME, WAGE PLUS NON-WAGE | $1,335.00 | $2,797.76 |
| COMBINED AVERAGE MONTHLY INCOME | $4,132.76 | |

Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

NONE

## Expenses:

| | |
|---|---|
| Rent, or home mortgage payment. (including lot rental for mobile home) | $1,413.00 |

☐ YES ☒ NO  Real Estate taxes included ?    ☐ YES ☒ NO  Property insurance included ?

| | |
|---|---|
| Utilities:   Electricity and heating fuel | $274.00 |
| Water and sewer | $0.00 |
| Telephone | $92.95 |
| Other: | $0.00 |
| Home maintenance  (repairs and upkeep.) | $15.00 |
| Food | $750.00 |
| Clothing | $200.00 |
| laundry and dry cleaning | $0.00 |
| Medical and dental expenses | $10.00 |
| Recreation, entertainment, newspapers, etc | $50.00 |
| INSURANCE (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | $32.47 |
| life | $90.00 |
| Health | $0.00 |
| Auto | $141.59 |
| Other: | $0.00 |
| TAXES  (not deducted from wages or included in home mortgage payments) | |
| (Specify): | $352.26 |
| INSTALLMENT PAYMENTS | |
| Auto | $610.00 |
| Other:   Gas & Oil | $455.00 |
| Maintenance etc. paid to others | $0.00 |
| Support for dependents not living at home | $0.00 |
| Regular expenses from operation of business | $0.00 |
| Other | $0.00 |
| AVERAGE MONTHLY EXPENSES | $4,486.27 |

Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

NONE

## STATEMENT OF MONTHLY NET INCOME
### AVERAGE MONTHLY INCOME
### LESS
### AVERAGE MONTHLY EXPENSES

-$353.51

# United States Bankruptcy Court
## Form 7. STATEMENT OF FINANCIAL AFFAIRS

NONE ☐

**1. INCOME FROM EMPLOYMENT OR OPERATION OF A BUSINESS.**
STATE THE GROSS AMOUNT OF INCOME THE DEBTOR HAS RECEIVED FROM EMPLOYMENT, TRADE, OR PROFESSION, OR FROM OPERATION OF THE DEBTOR'S BUSINESS FROM THE BEGINNING OF THIS CALENDER YEAR TO THE DATE THIS CASE WAS COMMENCED. STATE ALSO THE GROSS AMOUNTS RECEIVED DURING THE TWO YEARS IMMEDIATELY PRECEDING THIS CALENDAR YEAR. IF A JOINT PETITION IS FILED STATE THE INCOME FOR EACH SPOUSE SEPARATELY.

| DEBTOR GROSS EARNED INCOME THIS CALENDAR YEAR | $13350 | SPOUSE GROSS EARNED INCOME THIS CALENDAR YEAR | $38000 |
|---|---|---|---|
| LAST YEAR | $37000 | SPOUSE LAST YEAR | $38000 |
| YEAR BEFORE LAST | $9000 | SPOUSE YEAR BEFORE LAST | $38000 |

NONE ☒

**2. INCOME OTHER THAN FROM EMPLOYMENT OR OPERATION OF BUSINESS**
STATE THE AMOUNT OF INCOME RECEIVED BY THE DEBTOR OTHER THAN FROM EMPLOYMENT, TRADE, OR PROFESSION, OR OPERATION OF THE DEBTOR'S BUSINESS DURING THE TWO YEARS IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE. GIVE PARTICULARS. IF A JOINT PETITION IS FILED, STATE INCOME FOR EACH SPOUSE SEPERATELY.

| DEBTOR OTHER INCOME THIS CALENDAR YEAR | $0 | SPOUSE OTHER INCOME THIS CALENDAR YEAR | $0 |
|---|---|---|---|
| LAST YEAR | $0 | SPOUSE LAST YEAR | $0 |
| YEAR BEFORE LAST | $0 | SPOUSE YEAR BEFORE LAST | $0 |

NONE ☒

**3. PAYMENTS TO CREDITORS.**
A. CONSUMER DEBTORS LIST ALL PAYMENTS ON LOANS, INSTALLMENT PURCHASES OF GOODS AND SERVICES, AND OTHER DEBTORS, AGGREGATING MORE THAN $600 TO ANY CREDITOR, MADE WITHIN 90 DAYS IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE.

| NAME AND ADDRESS OF CREDITOR PAID | DATE | PAYMENT | $ OWED |
|---|---|---|---|

NONE ☒

**3. PAYMENTS TO CREDITORS.**
B. NON-CONSUMER DEBTORS LIST ALL PAYMENTS ON LOANS, INSTALLMENT PURCHASES OF GOODS AND SERVICES, AND OTHER DEBTORS, AGGREGATING MORE THAN $5,475. TO ANY CREDITOR, MADE WITHIN 90 DAYS IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE.

| NAME AND ADDRESS OF CREDITOR PAID | DATE | PAYMENT | $ OWED |
|---|---|---|---|

NONE ☒

C. LIST ALL PAYMENTS MADE WITHIN ONE YEAR IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE TO OR FOR THE BENEFIT OF CREDITORS WHO ARE OR WERE INSIDERS.

| NAME AND ADDRESS OF CREDITOR | RELATION | DATE | PAYMENT | $ OWED |
|---|---|---|---|---|

NONE ☐

**4. SUITS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS.**
A. LIST ALL SUITS TO WHICH THE DEBTOR IS OR WAS A PARTY WITHIN ONE YEAR IMMEDIATELY PRECEDING THE FILING OF THIS BANKRUPTCY CASE

| CAPTION OF SUIT AND CASE # | NATURE | COURT | STATUS |
|---|---|---|---|
| COUNTRYWIDE HOME LOANS V. NADR 08CH562 DUPAGE | FORECLOSURE | ILLINOIS CIR. CT. | JMT. |

NONE ☒

B. DESCRIBE ALL PROPERTY THAT HAS BEEN ATTACHED, GARNISHED OR SEIZED UNDER ANY LEGAL OR EQUITABLE PROCESS WITHIN ONE YEAR IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE.

| NAME AND ADDRESS OF SEIZING PERSON | DATE | DESRIPTION & VALUE |
|---|---|---|

NONE ☒

**5. REPOSSESSIONS, FORECLOSURES AND RETURNS.**
LIST ALL PROPERTY THAT HAS BEEN REPOSSESSED BY A CREDITOR, SOLD AT A FORECLOSURE SALE, TRANSFERRED THROUGH A DEED IN LIEU OF FORECLOSURE OR RETURNED TO THE SELLER WITHIN ONE YEAR IMMEDIATELY PRECEEDING THE COMMENCEMENT OF THIS CASE.

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE | DESCRIPTION / VALUE |
|---|---|---|

NONE ☒

**6. ASSIGNMENTS AND RECEIVERSHIPS**
A. DESCRIBE ANY ASSIGNMENT OF PROPERTY FOR THE BENEFIT OF CREDITORS MADE WITHIN 120 DAYS IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE.

| NAME AND ADDRESS OF ASSIGNEE | DATE | TERMS OF ASSIGNMENT ETC. |
|---|---|---|

*Consumer Schedules , Version 8.0, Copyright © John S. Biallas, 1991-2008, All Rights Reserved.*

NONE ☒

**B. LIST ALL PROPERTY WHICH HAS BEEN IN THE HANDS OF A CUSTODIAN, RECEIVER OR COURT APPOINTED OFFICIAL WITHIN 1 YEAR IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE.**

| *NAME AND ADDRESS OF CUSTODIAN* | *COURT & CASE #* | *DATE* | *DESCRIPTION / VALUE* |
|---|---|---|---|

NONE ☒

**7. GIFTS**
LIST ALL THE GIFTS OR CHARITABLE CONTRIBUTIONS MADE WITHIN ONE YEAR IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE EXCEPT ORDINARY AND USUAL GIFTS TO FAMILY MEMBERS AGGREGATING LESS THAN $200 IN VALUE PER INDIVIDUAL FAMILY MEMBER AND CHARITABLE CONTRIBUTIONS AGGREGATING LESS THAN $100 PER RECIPIENT.

| *NAME AND ADDRESS OF PERSON OR ORGANIZATION* | *RELATION TO DEBTOR* | *DATE* | *DESCRIPTION / VALUE* |
|---|---|---|---|

NONE ☒

**8. LOSSES**
LIST ALL LOSSES FROM FIRE, THEFT, OTHER CASUALTY OR GAMBLING WITHIN ONE YEAR IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE.

| *DESCRIPTION / VALUE* | *DESCRIPTION OF CIRCUMSTANCES* | *DATE* | *INSURED?* |
|---|---|---|---|

NONE ☐

**9. PAYMENTS RELATED TO DEBT COUNSELING OR BANKRUPTCY.**
LIST ALL PAYMENTS MADE OR PROPERTY TRANSFERRED BY OR ON BEHALF OF THE DEBTOR TO ANY PERSONS, INCLUDING ATTORNEYS, FOR CONSULTATION CONCERNING DEBT CONSOLIDATION, RELIEF UNDER THE BANKRUPTCY LAW OR PREPARATION OF A PETITION IN BANKRUPTCY WITHIN ONE YEAR IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE.

| *NAME AND ADDRESS OF PAYEE* | *PAYOR* | *DATE* | *CONSIDERATION* |
|---|---|---|---|
| **JOHN S. BIALLAS, ATTORNEY AT LAW** 3N918 SUNRISE LANE SAINT CHARLES, IL 60174 | **DEBTOR** | **11/12/08** | **$2500.00** |

NONE ☒

**10. OTHER TRANSFERS**
LIST ALL OTHER PROPERTY, OTHER THAN PROPERTY TRANSFERRED IN THE ORDINARY COURSE OF BUSINESS OR FINANCIAL AFFAIRS OF THE DEBTOR, TRANSFERRED EITHER ABSOLUTELY OR AS SECURITY WITHIN ONE YEAR IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE.

| *NAME AND ADDRESS OF TRANSFEREE* | *RELATION* | *DATE* | *PROPERTY / VALUE* |
|---|---|---|---|

NONE ☒

**11. CLOSED FINANCIAL ACCOUNTS**
LIST ALL FINANCIAL ACCOUNTS AND INSTRUMENTS HELD IN THE NAME OF THE DEBTOR FOR THE BENEFIT OF THE DEBTOR WHICH WERE CLOSED, SOLD, OR OTHERWISE TRANSFERRED WITHIN 1 YEAR IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE. INCLUDE CHECKING, SAVINGS, OR OTHER FINANCIAL ACCOUNTS, CERTIFICATES OF DEPOSIT, OR OTHER INSTRUMENTS; SHARES AND SHARE ACCOUNTS HELD IN BANKS, CREDIT UNIONS, PENSION FUNDS, COOPERATIVES, ASSOCIATIONS, BROKERAGE HOUSES AND OTHER FINANCIAL INSTITUTIONS.

| *NAME AND ADDRESS OF INSTITUTION* | *TYPE* | *ACCOUNT #* | *$ AMOUNT* | *DATE* |
|---|---|---|---|---|

*Consumer Schedules , Version 8.0, Copyright © John S. Biallas, 1991-2008, All Rights Reserved.*



**NONE** ☒

**12.    SAFE DEPOSIT BOXES**
LIST EACH SAFE DEPOSIT BOX OR DEPOSITORY IN WHICH THE DEBTOR HAS OR HAD SECURITIES, CASH, OR OTHER VALUABLES WITHIN ONE YEAR IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE.

| *NAME AND ADDRESS OF BANK, ETC.* | *NAME & ADDRESS OF ACCESSOR* | *CONTENTS, IF ANY* | *DATE* |
|---|---|---|---|

**NONE** ☒

**13.    SETOFFS**
LIST ALL SETOFFS MADE BY ANY CREDITOR, INCLUDING A BANK, AGAINST A DEBT OR DEPOSIT OF THE DEBTOR WITHIN 90 DAYS PRECEDING THE COMMENCEMENT OF THIS CASE.

| *NAME AND ADDRESS OF CREDITOR SETTING OFF DEBT* | *DATE* | *$ AMOUNT* |
|---|---|---|

**NONE** ☒

**14.    PROPERTY HELD FOR ANOTHER PERSON.**
LIST ALL PROPERTY OWNED BY ANOTHER PERSON THAT THE DEBTOR HOLDS OR CONTROLS.

| *NAME AND ADDRESS OF OWNER* | *DESCRIPTION* | *VALUE* | *LOCATION* |
|---|---|---|---|

**NONE** ☒

**15.    PRIOR ADDRESS OF DEBTOR.**
IF THE DEBTOR HAS MOVED WITHIN THE LAST TWO YEARS IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE, LIST ALL PREMISES WHICH THE DEBTOR OCCUPIED DURING THAT PERIOD AND VACATED PRIOR TO THE COMMENCEMENT OF THIS CASE.  IF A JOINT PETITION IS FILED, REPORT ALSO ANY SEPERATE ADDRESS OF EITHER SPOUSE.

| *PRIOR ADDRESSES OF DEBTOR(S)* | *OTHER NAMES USED BY DEBTOR(S)* | *FROM* | *TO* |
|---|---|---|---|



**NONE** ☒

**16.    SPOUSES AND FORMER SPOUSES.**
IF THE DEBTOR RESIDES OR RESIDED IN A COMMUNITY PROPERTY STATE , COMMONWEALTH, OR TERRITORY ( INCLUDING ALASKA, ARIZONA, CALIFORNIA, IDAHO, LOUISIANA, NEVADA, NEW MEXICO, PUERTO RICO, TEXAS, WASHINGTON, OR WISCONSIN) WITHIN THE SIX-YEAR PERIOD IMMEDIATELY PRECEEDING THE COMMENCEMENT OF THE CASE, IDENTIFY THE NAME OF THE DEBTOR'S SPOUSE AND OF ANY FORMER SPOUSE WHO RESIDES OR RESIDED WITH THE DEBTOR IN THE COMMUNITY PROPERTY STATE.

Name

**17.    ENVIRONMENTAL INFORMATION.**

FOR THE PURPOSE OF THIS QUESTION, THE FOLLOWING DEFINITIONS APPLY:

"ENVIRONMENTAL LAW" MEANS ANY FEDERAL, STATE, OR LOCAL STATUTE OR REGULATION REGULATING POLLUTION, CONTAMINATION, RELEASES OF HAZARDOUS OR TOXIC SUBSTANCES, WASTES OR MATERIAL INTO THE AIR, LAND, SOIL, SURFACE WATER, GROUNDWATER, OR OTHER MEDIUM, INCLUDING, BUT NOT LIMITED TO STATUTES OR REGULATIONS REGULATING THE CLEANUP OF THOSE SUBSTANCES, WASTES, OR MATERII..

"SITE" MEANS ANY LOCATION, FACILITY, OR PROPERTY AS DEFINED UNDER ANY ENVIRONMENTAL LAW, WHETHER OR NOT PRESENTLY OR FORMERLY OWNED OR OPERATED BY THE DEBTOR, INCLUDING, BUT NOT LIMITED TO DISPOSAL SITES.

"HAZARDOUS MATERIAL" MEANS ANYTHING DEFINED AS A HAZARDOUS WASTE, HAZARDOUS SUBSTANCE, TOXIC SUBSTANCE , HAZARDOUS MATERIAL, POLUTANT, OR CONTAMINANT, OR SIMILAR TERM UNDER AN ENVIRONMENTAL LAW.

*Consumer Schedules , Version 8.0,  Copyright © John S. Biallas, 1991-2008, All Rights Reserved.*



a. List the name and address of every site for which the debtor has received notice in writing by a government al unit that it may be liable or potentially liable under or in violation of an environmental law. Indicate the governmental unit, the date of the notice, and if known, the environmental law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| | | | |



b. List the name and address of every site for which the debtor has provided notice to a government al unit of a release of hazardous Material. Indicate the governmental unit, the date of the notice, and if known, the environmental law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE |
|---|---|---|
| | | |



c. List all judicial or administrative proceedings, inclding settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | VENUE AND DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|
| | | |



**18. NATURE,LOCATION AND NAME OF BUSINESS**

A. IF THE DEBTOR IS AN INDIVIDUAL, LIST THE NAMES AND ADDRESSES, TAXPAYER IDENTIFICATION NUMBERS, NATURE OF THE BUSINESSES AND BEGINNING AND ENDING DATES OF ALL BUSINESSES IN WHICH THE DEBTOR WAS AN OFFICER, DIRECTOR, PARTNER,OR MANAGING EXECUTIVE OF A CORPORATION, PARTNERSHIP, SOLE PROPRIETORSHIP, OR WAS A SELF-EMPLOYED PROFESSIONAL WITHIN SIX (6) YEARS IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE, OR IN WHICH THE DEBTOR OWNED 5 % OR MORE OF THE VOTING OR EQUITY SECURITIES WITHIN THE SIX (6) YEARS IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE.

B. IF THE DEBTOR IS A PARTNERSHIP, LIST THE NAMES AND ADDRESSES OF ALL BUSINESSES IN WHICH THE DEBTOR WAS A PARTNER OR OWNED 5 % OR MORE OF THE VOTING SECURITIES, WITHIN THE SIX (6) YEARS IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE..

C. IF THE DEBTOR IS A CORPORATION, LIST THE NAMES AND ADDRESSES OF ALL BUSINESSES IN WHICH THE DEBTOR WAS A PARTNER OR OWNED 5 % OR MORE OF THE VOTING SECURITIES WITHIN THE SIX (6) YEARS IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE.

| **NAME & ADDRESS** | LAST 4 DIGITS OF TAXPAYER ID NUMBER (EIN) | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|
| NADRPOS | SAME AS SS# | ON ROAD EQUIPMENT INSTALLER | 2005 TO PRESENT |

*Consumer Schedules , Version 8.0, Copyright © John S. Biallas, 1991-2008, All Rights Reserved.*

☒ **THE**

b.   IDENTIFY ANY BUSINESS LISTED IN RESPONSE TO SUBDIVISION A. ABOVE, THAT IS "SINGLE ASSET REAL ESTATE" AS DEFINED IN 11U.S.C. §101.

**NAME**                                                                 **ADDRESS**

**THE FOLLOWING QUESTIONSARE TO BE COMPLETED BY EVERY DEBTOR TAHT IS A CORPORATION AND BY ANY INDIVIDUAL DEBTOR WHO IS OR HAS BEEN, WITHIN SIX (6) YEARS IMMEDIATELY PRECEEDING THE COMMENCEMENT OF THIS CASE, ANY OF THE FOLLOWING: AN OFFICER, DIRECTOR, MANAGING EXECUTIVE, OR OWNER OF MORE THAN FIVE PERCENT OF THE VOTING OR EQUITY SECURITIES OF A CORPORATION; A PARTNER, OTHER THAN A LIMITED PARTNER, OF A PARTNERSHIP; A SOLE PROPRIETOR OR OTHERWISE SELF EMPLOYED.**

*(AN INDIVIDUAL OR JOINT DEBTOR shoould complete this portion of the statement only ofthe debtor is, or has been in business, as defined above, withiin the six years immediately preceeding the commencement of this case. A debtor who has not been in business within thise six years should go directly to the signature page.)*

**19.   BOOKS, RECORDS AND FINANCIAL STATEMENTS**

☒ **NONE**

a.   LIST ALL BOOKKEEPERS AND ACCOUNTANTS WHO WITHIN SIX YEARS IMMEDIATELY PRECEDING THE FILING OF THIS BANKRUPTCY CASE KEPT OR SUPERVISED THE KEEPING OF BOOKS AND RECORDS OF THE DEBTOR.

**NAME AND ADDRESS**                                         **DATES SERVICES RENDERED**

☒ **NONE**

b.   LIST ALL FIRMS AND INDIVIDUALS  WHO WITHIN SIX YEARS IMMEDIATELY PRECEDING THE FILING OF THIS BANKRUPTCY CASE HAVE AUDITED THE BOOKS OF ACCOUNT AND RECORDS, OR PREPARED A FINANCIAL STATEMENT OF THE DEBTOR.

**NAME AND ADDRESS**                                         **DATES SERVICES RENDERED**

☒ **NONE**

c.   LIST ALL FIRMS AND INDIVIDUALS  WHO AT THE TIME OF THE COMMENCEMENT OF THIS CASE WERE IN POSSESSON OF THE BOOKS OF ACCOUNT AND RECORD OF THE DEBTOR. IF ANY OF THE BOOKS OF ACCOUNT AND RECORDS ARE NOT AVAILABLE, EXPLAIN.

**NAME AND ADDRESS**                                         **EXPLANATION FOR RECORDS NOT AVAILABLE**

☒ **NONE**

d.   LIST ALL FINANCIAL INSTITUTIONS, CREDITORS AND OTHER PARTIES, INCLUDING MERCANTILE AND TRADE AGENCIES, TO WHOM A FINANCIAL STATEMENT WAS ISSUED WITHIN THE TWO YEARS IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE BY THE DEBTOR.

**NAME AND ADDRESS**                                         **DATE ISSUED**

*Consumer Schedules , Version 8.0,  Copyright © John S. Biallas, 1991-2008, All Rights Reserved.*

**20.  INVENTORIES**
a.  LIST THE DATES OF THE LAST TWO INVENTORIES TAKEN OF THE BUSINESS PROPERTY, THE NAME OF
THE INVENTORY SUPERVISOR, AND THE DOLLAR AMOUNT AND BASIS OF THE INVENTORY.

| **DATE OF INVENTORY** | **SUPERVISOR** | **BASIS** | **$ AMOUNT** |
|---|---|---|---|

NONE


b.  LIST THE NAME AND ADDRESS OF THE PERSON HAVING POSSESSION OF THE RECORDS OF EACH OF THE TWO INVENTORIES REPORTED IN 18. A., ABOVE.

| **DATE OF INVENTORY** | **NAME & ADDRESS OF CUSTODIAN OF INVENTORY RECORDS** |
|---|---|

NONE

**21.  CURRENT PARTNERS, OFFICERS DIRECTORS AND SHAREHOLDERS.**
a.  IF THE DEBTOR IS A PARTNERSHIP, LIST THE NATURE AND PERCENTAGE INTEREST OF EACH MEMBER OF THE PARTNERSHIP.

| **NAME AND ADDRESS OF EACH PARTNER** | **NATURE** | **%** |
|---|---|---|

NONE

b.  IF THE DEBTOR IS A CORPORATION, LIST ALL OFFICERS AND DIRECTORS OF THE CORPORATION AND EACH STOCKHOLDER WHO DIRECTLY OR INDIRECTLY
OWNS, CONTROLS, OR HOLDS 5 % OR MORE OF THE VOTING SECURITIES OF THE CORPORATION.

| **NAME AND ADDRESS OF EACH OFFICER, DIRECTOR ETC.** | **TITLE** | **%** |
|---|---|---|

NONE

**22.  FORMER PARTNERS, OFFICERS, DIRECTORS AND SHAREHOLDERS.**
a.  IF THE DEBTOR IS A PARTNERSHIP, LIST EACH MEMBER WHO WITHDREW FROM THE PARTNERSHIP
WITHIN ONE YEAR IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE.

| **NAME AND ADDRESS OF EACH WITHDRAWING PARTNER.** | **DATE** |
|---|---|

NONE



b.   FOR CORPORATIONS LIST ALL OFFICERS, OR DIRECTORS WHOSE RELATIONSHIPS TERMINATED WITHIN
ONE YEAR IMMEDIATELY PRECEDING THE COMMENCEMENT OF THE CASE.

**NAME AND ADDRESS OF EACH WITHDRAWING OFFICER, DIRECTOR ETC.**                    **DATE**



**23.   WITHDRAWLS FROM A PARNERSHIP OR DISTRIBUTIONS FROM A CORPORATION.**
IF THE DEBTOR IS A PARTNERSHIP OR CORPORATION, LIST ALL WITHDRAWLS OR DISTRIBUTIONS CREDITED OR GIVEN TO AN INSIDER, INCLUDING COMPENSATION
IN ANY FORM, BONUSES, LOANS, STOCK  REDEMPTION, OPTIONS EXERCISED AND ANY OTHER PERQUISITE DURING **ONE YEAR** IMMEDIATELY PRECEDING THE
COMMENCEMENT OF THIS CASE.

**NAMES & ADDRESS OF RECIPIENT**                **RELATION**        **DATE**        **CONSIDERATION**



**24.   TAX CONSOLIDATION GROUP.**
IF THE DEBTOR IS A PARTNERSHIP OR  CORPORATON, LIST THENAME AND FEDERAL TAXPAYER NUMBER OFTHE PARENT CORPORATION OF ANY
CONSOLIDATED GROUP OF TAX PURPOSES OF WHICH THE DEBTOR HAS BEEN A MEMBER AT ANY TIE WITHIN THE SIX-YEAR PERIOD IMMEDIATELY PRECEDING
THE COMMENCEMENT OF THE CASE.

**NAME OF PARENT CORPORATION OR ENTITY**              **TAXPAYER IDENTIFICATION NUMBER (EIN)**



**25.   PENSION FUNDS**
IF THE DEBTOR IS NOT AN INDIVIDUAL, LIST THE NAME AND FEDERAL TAXPAYER IDENTIFICATION NUMBER OF ANY PENSION FUND TO WHICH THE DEBTOR,
AS AN EMPLOYER, AS BEEN RESPONSIBLE FOR CONTRIBUTING AT ANY TIME WITHIN THE SIX-PERIOD IMMEDIATELY PPRECEEDING THE COMMENCEMENT OF
THE CASE

**NAME OF PENSION FUND**                          **TAXPAYER IDENTIFICATION NUMBER (EIN)**

*Consumer Schedules , Version 8.0,  Copyright © John S. Biallas, 1991-2008, All Rights Reserved.*

*(If completed by an individual or individual and spouse)*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of
financial affairs and any attachments thereto and that they are true and correct.

| Date | **11/12/08** | Signature | /s/ | ROBERT J. NADR, JR. |
|---|---|---|---|---|

of  Debtor

| Date | **11/12/08** | Signature | /s/ |
|---|---|---|---|

of  Joint  Debtor
(if  any)

*(If completed on behalf of a partnership or corporaton)*

| Date | **11/12/08** | Signature | /s/ |
|---|---|---|---|

**Print  Name  and  Title**

*(An individual signing on behalf of a partnership or corporation must indicate position or relationship to the Debtor.)*

☐ continuation sheets attached

*Penalty for making a false statement: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 and 3571*

*Consumer Schedules , Version 8.0,  Copyright © John S. Biallas, 1991-2008, All Rights Reserved.*

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

**For legal services, I have agreed to accept:**        **$2,500.00**
**Prior to the filing of this statement I have received:**   **$2,500.00**
Balance Due:        **$0.00**                  **This is a PRO BONO Case**   ☐

2.  The source of the compensation paid to me was:
☒   THE DEBTOR        ☐   OTHER:   **SPECIFY**

3.  The source of compensation to be paid to me is:
☒   THE DEBTOR        ☐   OTHER:   **SPECIFY**

4.  ☒   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
 a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
 b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
 c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
 d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters subject to the right to withdrawfor nonpayment of agreed fees;
 e.  If representation in adversary proceedings is required, an additional retainer of   **$500.00**      with additional billings at the rate of    **$0.00**      per hour has been agreed on with the debtor.  **If these additional amounts are not paid in a timely fashion, counsel reserves the right to withdraw.**
6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**N/A**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

# ATTORNEY'S AFFIDAVIT IN COMPLIANCE WITH GENERAL RULE 39

Affiant is the attorney of record for the Debtors and has knowledge of the matters covered by this affidavit and has read the General Rule 39.

Affiant has not directly or indirectly solicited employment by the above named party or parties, and knows of no solicitation of said party or parties by any person that has resulted in the employment of the affiant, except [here state all exceptions, or if none state "no exceptions"]:   **NO EXCEPTIONS**

Affiant has not paid, or promised to pay, and knows of no payment or promise of payment to the above named part, or parties, of the costs of this case or of the living or other expenses, of any party, or of any part of an attorney's fee already received or hereafter to be received, or of any portion of the recovery by suit or settlement to any person whatever other than the above named party or parties and the attorneys of record herein, except [here state all exceptions, or if none state "no exceptions"]:   **NO EXCEPTIONS**

Affiant has filed contemporaneously herewith a signed copy of any written contingent fee agreement applicable to his compensation for representing the above named party or parties in this action and represents that a signed copy thereof has been furnished to each party whom he represents that his compensation for services in this case is not on a contingent basis.

SIGNED:   **/s/**  **John S. Biallas**                  DATED:        **11/12/08**

*Consumer Schedules , Version 8.0, Copyright © John S. Biallas, 1991-2008, All Rights Reserved.*

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.      I, the debtor, have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

| *a.*      PROPERTY TO BE SURRENDERED ||
| --- | --- |
| *DESCRIPTION OF PROPERTY* | *CREDITOR'S NAME* |
| CLARENDON HILL PROPERTY | COUNTRYWIDE HOME LOANS |
| HARLEY DAVIDSON STREET GLIDE | HD CREDIT |

| *b.*      PROPERTY TO BE RETAINED ||||
| --- | --- | --- | --- | --- |
| *DESCRIPTION OF PROPERTY* | *CREDITOR'S NAME* | *REAFFERMATION UNDER §524(C)* | *CLAIMED EXEMPT AND REDEEMED UNDER §722* | *LIEN AVOIDED UNDER §522(f) AND CLAIMED EXEMPT* |
| RESIDENCE | WELLS FARGO HOME LOANS | ✓ | | |
| RESIDENCE | WELLS FARGO BANK | ✓ | | |
| FORD EXPLORER | DUPAGE CU | ✓ | | |
| | | | | |
| | | | | |

3.      I understand that § 521(2)(B) of the Bankruptcy Code requires that I perform the above stated intention within 45 days of the filing of this statement with the court, or within such additional time as the court, for cause, within such 45-day period fixes.

/s/          **ROBERT J. NADR, JR.**
_____
Signature of Debtor

          **11/12/08**
_____
Date

 /s/
_____
Signature of Joint Debtor

          **11/12/08**
_____
Date

*Consumer Schedules , Version 8.0,  Copyright © John S. Biallas, 1991-2008, All Rights Reserved.*

B22A (Official Form 22A) (Chapter 7) (01/08)

In re _____ **Nadr, Robert J.** _____
Debtor(s)
Case Number: _____

According to the calculations required by this statement:

| | | |
|---|---|---|
| The presumption arises. | [    ] |
| The presumption does not arise. | [ **X** ] |

(Check the box as directed in Parts I\of this statement)

# FORM 22A
## CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
## AND MEANS-TEST CALCULATION

## Part I. EXCLUSION FOR DISABLED VETERANS AND NON-CONSUMER DEBTORS

1A     Veteran's Declaration:

*Not Applicable*

1B     If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.

Declaration of non-consumer debts. By checking this box,
I declare that my debts are not primarily consumer debts.                    [    ]

## Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION

2     Marital/filing status. Check the box that applies and complete the balance of this part of this statement as directed.

a. Unmarried.                                                               [    ]
b. Married, not filing jointly, with declaration of separate households.    [    ]

By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code."

[    ]

*Complete only Column A ("Debtor's Income") for Lines 3-11.*

c. Married, not filing jointly, without the declaration of separate households set out in Line 2.b above.

[ **X** ]

*Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.*

d. Married, filing jointly.                                                 [    ]

*Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.*

*All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line.*

3     Gross wages, salary, tips, bonuses, overtime or commissions:     $_____ Spouse $3,800. _____

4     Income from the operation of a business, profession or farm.
*Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one*

*business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. Do not include any part of the business expenses entered on Line b as a deduction in Part V.*

a. Gross receipts $_____

b. Ordinary and necessary business expenses $_____

c. Business income Subtract Line b from Line a                $ Debtor $1300.

5        Rent and other real property income.                $_____0_____

6        Interest, dividends and royalties.                $_____0_____

7        Pension and retirement income.                $_____0_____

8        Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose. Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed.

$_____

9        Unemployment compensation.

*Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:*

Debtor $_____0_____

Spouse $_____0_____

$_____0_____

10        Income from all other sources.

*Specify source and amount.  If necessary, list additional sources on a separate page. Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.*

a. $_____

b. $_____

Total and enter on Line 10                $_____

11        Subtotal of Current Monthly Income for § 707(b)(7).                Debtor 1300 Spouse 3800.

12        Total Current Monthly Income for § 707(b)(7).

$_____5100._____

Part III. APPLICATION OF § 707(b)(7) EXCLUSION

13        Annualized Current Monthly Income for § 707(b)(7).

*Multiply the amount from Line 12 by the number 12 and enter the result.*                $_____61,200_____

14        Applicable median family income.

*Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)*

        a. Enter debtor's state of residence: ILLINOIS

b. Enter debtor's household size: three .

Median income $ 66,189.00

15    Application of Section 707(b)(7). *Check the applicable box and proceed as directed.*

[ X ]    The amount on Line 13 is less than or equal to the amount on Line 14.

*Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.*

PART IV through and including PART VII

*OMITTED AS UNNECESSARY*

Part VIII: VERIFICATION
I declare under penalty of perjury that the information provided in this statement is true and correct.


Date:    9/26/08    Signature: s/  Robert J. Nadr, Jr.
    (Debtor)
Date:    Signature: s/
    (Co-Debtor)